1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   Jesus Mendoza
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorneys for Defendant
8  Glen S. Coleman

9

10
                         IN THE UNITED STATES DISTRICT COURT
11
                        FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,       )   2:11-MJ-00159 EFB
15                                 )
                   Plaintiff,      )
16                                 )   STIPULATION AND ORDER TO CONTINUE
        v.                         )   COURT TRIAL
17                                 )
   GLEN S. COLEMAN,                )
18                                 )   Date:  May 1, 2012
                   Defendant.      )   Time:  10:00 A.M.
19                                 )   Judge: Hon. Edmund F. Brennan
   _____ )
20

21      The United States Attorney through his respective counsel, Justin Lee, Special Assistant United

22 States Attorney, and Linda Harter, Attorney for Defendant GLEN S. COLEMAN, hereby stipulate to

23 continue the court trial currently set for February 7, 2012 at 10:00am.

24 ///

25 ///

26 ///

27 ///

28 ///

The defendant is charged with Count One 18 U.S.C. § 13 and CVC § 14601.2(a) - Driving When Privilege Suspended and Revoked for Driving Under the Influence of Alcohol or Drugs, a Class B Misdemeanor.  The defendant is also charged with Count Two 18 U.S.C. § 13 and CVC § 12500(a) - Driving Without a Valid License, a Class B Misdemeanor. The defendant requests additional time to obtain his California Driver's License.

Accordingly, the parties jointly request that a new trial date be set for May 1, 2012 at 10:00 a.m.

Dated: January 24, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
GLEN S. COLEMAN

Dated: January 24, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 25, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE