DANIEL J. BRODERICK, #89424
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
Jesus Mendoza
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
Glen S. Coleman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-MJ-00159 EFB |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER TO CONTINUE COURT TRIAL |
| ) GLEN S. COLEMAN, ) | |
| ) Defendant. ) ) _____ ) | Date:  December 18, 2012 Time:  10:00 A.M. Judge: Hon. Edmund F. Brennan |

The United States Attorney through his respective counsel, Justin Lee, Special Assistant United States Attorney, and Linda Harter, Attorney for Defendant GLEN S. COLEMAN, hereby stipulate to continue the court trial set for May 1, 2012 at 10:00am.

///

///

///

///

///

The defendant is charged with Count One 18 U.S.C. § 13 and CVC § 14601.2(a) - Driving When Privilege Suspended and Revoked for Driving Under the Influence of Alcohol or Drugs, a Class B Misdemeanor.  The defendant is also charged with Count Two 18 U.S.C. § 13 and CVC § 12500(a) - Driving Without a Valid License, a Class B Misdemeanor. The Government has made a plea offer that is contingent on the defendant obtaining his California Driver's license. The defendant is currently enrolled in a DUI program and requests additional time to complete the program. Additional time will allow the defendant to obtain his California Driver's license.

Accordingly, the parties jointly request that a new trial date be set for December 18 , 2012 at 10:00am.

Dated: April 27, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
GLEN S. COLEMAN

Dated: April 27, 2012

BENJAMIN B. WAGNER
United States Attorney



 /s/ Justin Lee
 JUSTIN LEE
 Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 30, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Court Trial                    -2-