```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
JACQUELINE S. ROBERTS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GLEN S. COLEMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-MJ-00159EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO VACATE COURT TRIAL |
| v. | ) | AND SET FOR CHANGE OF PLEA |
| | ) | |
| GLEN S. COLEMAN, | ) | |
| | ) | Date: November 19, 2012 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edmund F. Brennan |
| _____ | ) | |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Justin L. Lee, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for GLEN S. COLEMAN, and Certified Student Attorney, Jacqueline S. Roberts, that the Court vacate the court trial on December 18, 2012 at 10:00 a.m., and set a change of plea hearing for November 19, 2012 at 10:00 a.m.

```
1  Dated:  November 13, 2012
                                        DANIEL J. BRODERICK
2                                       Federal Defender

3                                       /s/ Linda Harter
                                        LINDA HARTER
4                                       Chief Assistant Federal Defender
                                        Attorney for Defendant
5                                       CYNTHIA WOOD

6                                       /s/ David J. Gallegos
                                        DAVID J. GALLEGOS
7                                       Certified Student Attorney

8  Dated:  November 13, 2012            BENJAMIN B. WAGNER
                                        United States Attorney
9
                                        /s/ Justin L. Lee
10                                      JUSTIN L. LEE
                                        Special Assistant U.S. Attorney
11

12
                                        ORDER
13
   **IT IS SO ORDERED.**
14
   Dated:  November 14, 2012.
15                                      _____
                                        EDMUND F. BRENNAN
16                                      UNITED STATES MAGISTRATE JUDGE
```

Stip to Change Plea                -2-